IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:11-cv-02897-CMA-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: January 9, 2013** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

DATALEVER CORPORATION,   Glenn W. Merrick

    Plaintiff,

v.

EDWARD SUGG,   Kristi Anhthu Walton

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:    2:22 p.m.**
Court calls case. Appearances of counsel. Mr. Edward Sugg is present with counsel.

The court addresses the parties regarding the defendant's MOTION to Amend/Correct/Modify #20 Scheduling Order and to Extend Deadlines (Docket No. 35, filed on 12/14/2012).

Discussion between the court and Mr. Sugg's regarding his willingness to participate in moving this case along.

Discussion between the court and the parties regarding what discovery the parties still need, interrogatories, requests for product, taking fact depositions, experts, the related pending lawsuit in Virginia, Rule 26(g) pertaining to certification, Rule 26(b)(2)(c), the scheduling conference held on May 18, 2012, the scheduling order that was entered on May 18, 2012, Rule 33 and Rule 34 pertaining to written discovery, Rule 26(b), and Rule 30.

For reasons as stated on the record,

**ORDERED:**  The court **GRANTS IN PART and DENIES IN PART** the defendant's

>MOTION to Amend/Correct/Modify 20 Scheduling Order and to Extend Deadlines (Docket No. 35, filed on 12/14/2012).  This motion is denied to the extent that it seeks to extend the deadline for amendment of pleadings/joinder of parties.  Expert discovery deadlines is **May 10, 2013** and the dispositive Motions deadline is **May 31, 2013**.  The parties shall designate affirmative experts **on or before March 8, 2013**.  The parties shall designate rebuttal experts **on or before April 14, 2013**.  All written discovery shall be served **no later than April 28, 2013**.

**FINAL  PRETRIAL CONFERENCE**  is set for **July 30, 2013 at 9:15 a.m.**
Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

HEARING CONCLUDED.

**Court in recess**:    **3:02 p.m.**
Total time in court:    00:40

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.