IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-02897-CMA-CBS

DATALEVER CORPORATION, a Delaware corporation,

    Plaintiff,

v.

EDWARD SUGG,

    Defendant.

---

## ORDER OF RECUSAL

---

This matter is before me *sua sponte*. This case was assigned to me on November 8, 2012. In a recent review of this case, it came to my attention that the law firm of Davis, Graham & Stubbs represents the Defendant. Based on my past professional relationship with Defendant's counsel, I believe that I should recuse myself. With apologies for the lateness of such recusal, it is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED:  April __24__, 2013

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge