**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.   11-cv-02897-REB-CBS

DATALEVER CORPORATION, a Delaware corporation,

    Plaintiff,

v.

EDWARD SUGG,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Unopposed Motion To Dismiss Without Prejudice** [#51][1] filed May 16, 2013.  After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion To Dismiss Without Prejudice** [#51] filed May 16, 2013, is **GRANTED**;

2. That the Trial Preparation Conference set for February 7, 2014, is **VACATED**;

3. That the jury trial set to commence February 24, 2014, is **VACATED**; and

4. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated May 16, 2013, at Denver, Colorado.

                        **BY THE COURT:**

                        */s/ Robert E. Blackburn*
                        Robert E. Blackburn
                        United States District Judge

---

[1] "[#51]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.